UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LARRY STAMP

v.

MARTIN O'MALLEY,
Commissioner of Social Security

CIVIL CASE NO:
3:24CV209(JAM)

J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendant's Motion to Remand to Agency (for further administrative proceedings pursuant to the fourth sentence of 42 USC Section 405(g), On June 11, 2024, the court entered an Order granting the defendant's Motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that the case is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. Section 405(g), in accordance with the Court's Order, and the case is closed.

Dated at New Haven, Connecticut, this 11th day of June 2024

DINAH MILTON KINNEY, Clerk

By /s/ Diahann Lewis
Deputy Clerk

Entered on Docket 6/11/2024